UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFSHORE RENTALS, LTD., | * | CIVIL ACTION |
| d/b/a TIGER OFFSHORE RENTALS | * | |
| (TIGER) | * | NO. |
| | * | |
| VERUS | * | SECTION |
| | * | |
| GULF PRODUCTION COMPANY, INC. | * | MAGISTRATE |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

I.

### Nature of the Action

This Complaint is to address Gulf Production Company, Inc.'s failure to pay account balances on equipment rental leases from Offshore Rentals, Ltd., d/b/a Tiger Offshore Rentals "Tiger". These invoices were to be paid 30 days of submittal. However, Gulf Production Company, Inc. has breached the terms of these invoices by failing to pay invoices timely. No payment has been submitted since before 7/31/12.

II.

This Complaint is instituted to collect the amounts that Gulf Production Company, Inc. owes on this open account and for breach of its obligation to Offshore Rental, Ltd, d/b/a Tiger Offshore Rentals, to timely remit payment.

III.

This Complaint seeks to recover damages from Gulf Production Company, Inc. for breach of contract and for failure to pay on an open account, which totals to $143,157.24, and such other amounts as the evidence shows is warranted, including but not limited to court costs, attorney fees, pursuant to L.R.S. 9:2781, *et seq.*, penalties and interest from the date of judicial demand until paid.

**Parties**

IV.

Petitioner herein, Offshore Rentals, Ltd., d/b/a Tiger Offshore Rentals is a Texas limited partnership with its principal place of business in Texas, and therefore, is domiciled in the State of Texas.

V.

Made defendant herein is Gulf Production Company, Inc., a Louisiana corporation with its registered agent for service of process in Covington, Louisiana, and therefore, is domiciled in the State of Louisiana.

**Jurisdiction and Venue**

VI.

The United States District Court for the Eastern District of Louisiana has original jurisdiction over this cause, pursuant to 28 U.S.C. §1332(a) as this is a civil action between citizens of different states where the amount in controversy exceeds the sum or value of $75,000.00,

exclusive of interest and costs.

VII.

Venue is proper in the U.S. District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. §9(a)(2) and (c). Since July 31, 2012, no payment has been made on equipment rental and fuel charges billed to Gulf Production Company, Inc. Offshore Rental, Ltd. has made numerous attempts to accommodate Gulf Production Company but they have failed to pay the amounts owed, constituting a breach of the rental agreement. The payment terms were net 30 days with a finance APR of 15%.

VIII.

To date, as evidenced by the attached Statement of Account, including the date and invoice number, defendant owes plaintiff a total of $143,157.24. This amount includes interest through July 20, 2016. (See Exhibit "A" – Statement of Account).

IX.

Although Tiger Tanks has tried to collect payment for almost three years on some of these unpaid invoices, Gulf Production Company has failed to pay.

X.

On August 25, 2015, John Seth Boyd on behalf of Offshore Rental, Ltd., d/b/a Tiger Offshore Rentals, made formal demand upon Gulf Production Company through James Robin for the amount of unpaid balances at the time which total to $119,734.88. (See Exhibit B –Bullard's August 25, 2015 demand letter to Gulf Production Company, Inc.)

XI.

Gulf Production Company, Inc. has failed to pay on an open account since July 31, 2012, and thus has breached said equipment lease agreement.

XII.

Despite formal demand made, Gulf Production Company, Inc. has not made any arrangements for payment of these outstanding invoices on open account.

XIII.

Gulf Production Company, Inc. has violated L.R.S. 9:2781, *et seq.* and is now responsible for payment of the amount outstanding on this account in addition to reasonable attorney's fees, penalties and court costs, all interest owed on the account pursuant to the terms and interest from the date of judicial demand.

**DEMAND FOR TRIAL BY JURY**

Offshore Rental, Ltd., d/b/a Tiger Tanks, prays for a trial by jury.

**WHEREFORE**, Offshore Rentals Ltd., d/b/a Tiger Tanks, prays that defendant be summoned to answer the Complaint and after due proceedings had, that there be judgment herein in favor of Offshore Rentals, Ltd., d/b/a Tiger Offshore Rentals and against defendant, Gulf Production Company, Inc., for all damages, sums and losses due on open account and under Louisiana law as follows:

(1) All amounts on unpaid invoices presently totaling $143,157.24;

(2) Any and all penalties allowed under L.R.S. 9:2781 for failing to pay on an open account;

(3)     Legal interest on all sums due, attorney fees and court costs to pay all sums to which petitioner may be entitled although not specifically enumerated in; and

(4)     Petitioner, Offshore Rental, ltd., d/b/a Tiger Tanks, further prays for all further relief in the premises, a jury trial herein and orders the court both in law and equity.

Respectfully submitted,

/s/ DONNA BRAMLETT WOOD
DONNA BRAMLETT WOOD, (Bar No. 22692)
McCRANIE, SISTRUNK, ANZELMO,
      HARDY, McDANIEL & WELCH, LLC
909 Poydras Street, Suite 1000
New Orleans, LA   70112
Telephone:  (504) 831-0946
Facsimile: (800) 977-8810
E-Mail:  dbw@mcsalaw.com
ATTORNEY FOR PLAINTIFF,
OFFSHORE RENTALS, LTD., D/B/A TIGER
OFFSHORE RENTALS

PLEASE SERVE:

Gulf Production Company, Inc.
Through their registered agent for service of process

James Robin
Gulf Production Company, Inc.
703 S. Tower Street
Covington, LA 70433